UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
NICHOLAS AHUJA and AJAY AHUJA,    :
:
                Petitioners,    :      20-CV-5577 (JPC)
:
   -v-    :
:      NOTICE OF
DAVID W. FLEMING, JR.,    :      <u>REASSIGNMENT</u>
:
                Respondent.    :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants, which are available at <https://www.nysd.uscourts.gov/hon-john-p-cronan>.** The Court notes that Petitioners filed their petition on July 17, 2020 (Dkt. 1) but have yet to file proof of service. Petitioners are hereby directed to file proof of service by October 26, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Petitioners.

    SO ORDERED.

Dated: October 13, 2020
       New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020